B1 (Official Form 1) (04/13)

# United States Bankruptcy Court
## Northern District of Ohio, Eastern Division

**Voluntary Petition**

| | |
|---|---|
| **Name of Debtor** (if individual, enter Last, First, Middle):<br>**High Card Industries, LLC** | **Name of Joint Debtor** (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names):<br>**dba Paragon Tool & Die** | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) /Complete EIN (if more than one, state all): **20-8761250** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) /Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**15439 Akron Canfield Rd**<br>**Berlin Center, OH**<br>ZIPCODE **44401** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>**Mahoning** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address)<br>**P.O. Box 102**<br>**Berlin Center, OH**<br>ZIPCODE **44401** | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>**15439 Akron Canfield Rd., Berlin Center, OH**<br>ZIPCODE **44401** | |

**Type of Debtor** (Form of Organization) (Check one box.)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtor**
Country of debtor's center of main interests: _____
Each country in which a foreign proceeding by, regarding, or against debtor is pending: _____

**Nature of Business** (Check one box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)
- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box.)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box)
- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [x] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [x] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| [x] 1-49 | [ ] 50-99 | [ ] 100-199 | [ ] 200-999 | [ ] 1,000-5,000 | [ ] 5,001-10,000 | [ ] 10,001-25,000 | [ ] 25,001-50,000 | [ ] 50,001-100,000 | [ ] Over 100,000 |

**Estimated Assets**

| [ ] $0 to $50,000 | [ ] $50,001 to $100,000 | [x] $100,001 to $500,000 | [ ] $500,001 to $1 million | [ ] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |

**Estimated Liabilities**

| [ ] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [x] $500,001 to $1 million | [ ] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> **High Card Industries, LLC** |
|---|---|

| **All Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **None** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: <br> **None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** <br> (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** <br> (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b). <br><br> X _____ <br> Signature of Attorney for Debtor(s)       Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)
  ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:
  ☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **High Card Industries, LLC** |
|---|---|

| **Signatures** ||

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br><br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br><br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Debtor<br><br>X _____<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (If not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only **one** box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>Signature of Foreign Representative<br><br>_____<br>Printed Name of Foreign Representative<br><br>_____<br>Date |
| **Signature of Attorney*** | **Signature of Non-Attorney Petition Preparer** |
| X */s/ Anthony J. DeGirolamo*<br>Signature of Attorney for Debtor(s)<br><br>**Anthony J. DeGirolamo 0059265**<br>**Anthony J. DeGirolamo, Attorney at Law**<br>**3930 Fulton Drive NW, Suite 100B**<br>**Canton, OH 44718**<br>**(330) 305-9700 Fax: (330) 305-9713**<br>**ajdlaw@sbcglobal.net**<br><br>**August 17, 2015**<br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br><br>X _____<br>Signature<br><br>_____<br>Date<br><br>Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.* |
| **Signature of Debtor (Corporation/Partnership)** | |
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X */s/ Daniel F. Crowe*<br>Signature of Authorized Individual<br><br>**Daniel F. Crowe**<br>Printed Name of Authorized Individual<br><br>**President**<br>Title of Authorized Individual<br><br>**August 17, 2015**<br>Date | |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# United States Bankruptcy Court
## Northern District of Ohio, Eastern Division

IN RE: Case No. _____

**High Card Industries, LLC** Chapter **11**

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| **National Funding Inc.**<br>9820 Towne Centre Dr Ste 200<br>San Diego, CA 92121 | | Trade debt | | 25,000.00 |
| **Bank Of America**<br>PO Box 15796<br>Wilmington, DE 19886 | | Trade debt | | 24,430.56 |
| **Staples**<br>PO Box 689020<br>Des Moines, IA 50368 | | Trade debt | | 6,503.00 |
| **Magnum Industries**<br>3700 Oakwood<br>Youngstown, OH 44515 | | Trade debt | | 5,626.00 |
| **Jared Zuercher, Esq.**<br>1617 Akron Peninsula Rd Ste 202<br>Akron, OH 44313 | | Trade debt | | 5,000.00 |
| **MJ Miller & Company LLC**<br>700 S Prospect<br>PO Box 367<br>Hartville, OH 44632 | | Trade debt | | 1,315.00 |
| **Bambeck Auctioneers**<br>PO Box 549<br>Dover, OH 44622 | | Trade debt | | 950.00 |
| **Palesh & Associates Inc**<br>3659 Lost Nation Rd<br>Willoughby, OH 44094 | | Trade debt | | 891.00 |
| **Diamond Metals**<br>4635 W 160th St<br>Cleveland, OH 44135 | | Trade debt | | 846.01 |
| **Zip Industrial Products Corp**<br>6550 Campbell Blvd<br>Lockport, NY 14094 | | Trade debt | | 740.00 |
| **Ohio Edison**<br>PO Box 3637<br>Akron, OH 44309 | | Trade debt | | 609.14 |
| **Tremblay Tool Steels**<br>8111 Rol & Hold Pkwy<br>Macedonia, OH 44056 | | Trade debt | | 577.00 |
| **Southwestern Industries Inc.**<br>2615 Homestead Pl<br>Rancho Dominguez, CA 90220 | | Trade debt | | 480.00 |
| **Mataco Inc**<br>2861 E Royalton Rd<br>Broadview Heights, OH 44147 | | Trade debt | | 404.56 |

| Creditor | Type | Amount |
|---|---|---|
| **CINTAS**<br>PO Box 630910<br>Cincinnati, OH  45263 | Trade debt | 329.85 |
| **Domestic Uniform Rental**<br>PO Box 139<br>Youngstown, OH  44501 | Trade debt | 283.71 |
| **Ohio Air Products**<br>2350 13th St NW<br>PO Box 7250<br>Canton, OH  44705 | Trade debt | 269.65 |
| **McMaster-Carr**<br>PO Box 7690<br>Chicago, IL  60680 | Trade debt | 244.23 |
| **Larry Snyder Mowing**<br>11081 W Calla Rd<br>Salem, OH  44460 | Trade debt | 200.00 |
| **Ram Sales Inc.**<br>906 Moe Dr<br>Akron, OH  44310 | Trade debt | 84.16 |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, [the president *or* other officer *or* an authorized agent of the corporation][*or* a member *or* an authorized agent of the partnership] named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **August 17, 2015**     Signature: */s/ Daniel F. Crowe*

**Daniel F. Crowe, President**
(Print Name and Title)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Northern District of Ohio, Eastern Division**

**IN RE:** _____   Case No. _____

**High Card Industries, LLC** _____   Chapter **11** _____
Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.

Date: **August 17, 2015** _____   Signature: ***/s/ Daniel F. Crowe*** _____
                                             **Daniel F. Crowe, President**                                  Debtor

Date: _____   Signature: _____
                                                                                                         Joint Debtor, if any

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Ann Wehener, Esq.
Leiby Hanna Rasnick LLC
388 S Main St Ste 402
Akron, OH  44311


Bambeck Auctioneers
PO Box 549
Dover, OH  44622


Bank Of America
PO Box 15796
Wilmington, DE  19886


Chase
PO Box 15821
Wilmington, DE  19850


Christopher Niekamp, Esq.
23 S Main Ste Ste 301
Akron, OH  44308


CINTAS
PO Box 630910
Cincinnati, OH  45263


Daniel Crowe
4000 Anderson Ave
Minerva, OH  44657


Diamond Metals
4635 W 160th St
Cleveland, OH  44135


Domestic Uniform Rental
PO Box 139
Youngstown, OH  44501

Great American Financial Services
PO Box 660
Dallas, TX  75266


High Card Properties LLC
PO Box 102
Berlin Center, OH  44401


Huntington National Bank
PO Box 2059
Columbus, OH  43219


IRS Special Procedures
1240 E 9th St Rm 457
Cleveland, OH  44199


Jared Zuercher, Esq.
1617 Akron Peninsula Rd Ste 202
Akron, OH  44313


JPMorgan Chase Bank NA
Portfolio Management Center OH2-5170
50 S Main St
Akron, OH  44308


Kristie Crowe
4000 Anderson Rd
Minerva, OH  44657


Larry Snyder Mowing
11081 W Calla Rd
Salem, OH  44460


Magnum Industries
3700 Oakwood
Youngstown, OH  44515

Mahoning County Treasurer
120 Market St
Youngstown, OH 44503

Mataco Inc
2861 E Royalton Rd
Broadview Heights, OH 44147

McMaster-Carr
PO Box 7690
Chicago, IL 60680

MJ Miller & Company LLC
700 S Prospect
PO Box 367
Hartville, OH 44632

National Funding Inc.
9820 Towne Centre Dr Ste 200
San Diego, CA 92121

Ohio Air Products
2350 13th St NW
PO Box 7250
Canton, OH 44705

Ohio Attorney General
30 E Broad St 14th Flr
Columbus, OH 43215

Ohio Bureau Of Workers' Compensation
30 W Spring St
Columbus, OH 43215

Ohio Department Of Job & Family Services
PO Box 182413
Columbus, OH  43218


Ohio Edison
PO Box 3637
Akron, OH  44309


Palesh & Associates Inc
3659 Lost Nation Rd
Willoughby, OH  44094


Ram Sales Inc.
906 Moe Dr
Akron, OH  44310


Southwestern Industries Inc.
2615 Homestead Pl
Rancho Dominguez, CA  90220


Staples
PO Box 689020
Des Moines, IA  50368


State Of Ohio Dept Of Taxation
Attn:  Bankruptcy Division
PO Box 530
Columbus, OH  43216


Suburban Propane
PO Box 290
Whippany, NJ  07981


Tremblay Tool Steels
8111 Rol & Hold Pkwy
Macedonia, OH  44056

```
US Attorney General
C/O US Dept Of Justice
950 Pennsylvania Ave NW
Washington, DC  20530


Zip Industrial Products Corp
6550 Campbell Blvd
Lockport, NY  14094
```